**Entered on Docket
November 04, 2010**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

___

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

HI-FIVE ENTERPRISES, LLC,                     BK-N 10-54013
                                              [Jointly Administered]

                                              CH. 11

                    Debtors,
_____/

## MINUTE ORDER

On November 3, 2010 an *Ex Parte Application for Order Shortening Time* was filed by Aimee Kline requesting the court to hear the *Motion For Relief From Automatic Stay* filed November 3, 2010.

IT IS HEREBY ORDERED that the Ex Parte Application is granted. A hearing will be held on the Motion for Relief from Automatic Stay **November 5, 2010** at **9:45 a.m.** Opposition will be considered at the time of the hearing. Parties may appear telephonically by making arrangements through Court Call (888)882-6878.

###